**Form B271 (Official Form 271)**

# United States Bankruptcy Court

Southern District of Alabama

Case No. **13–01168**

Chapter 7

In re:

Winifred Darrell Petrey
aka W. Darrell Petrey, dba Petrey
Chiropractic LLC
726 N. Section Street
Foley, AL 36535

Social Security No.:
xxx–xx–5624

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. Denise I. Littleton is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 7 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: 8/23/13

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE